UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RAYMOND NG,<br><br>                Defendant. | CASE NO. 20-171-JCC<br><br>**ORDER DETAINING DEFENDANT** |

The Court conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense that carries a presumption of detention. The government averred that defendant has for years engaged in drug trafficking activities despite numerous contacts and seizures of drugs and money in 2017, 2018, 2019 and 2020. The government proffered that defendant is at the center of a multistate drug trafficking operation and plays a significant leadership role. He has amassed substantial real estate holdings, has a construction company the government alleges has been used to launder drug proceeds. $400,000 in cash was found at his home at the time it was searched. The government alleged that defendant has a past history of false representations. Specifically, his allegedly falsely sponsored

ORDER DETAINING DEFENDANT - 1

a non-citizen woman based upon marriage but does not have a martial relationship with this person.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 27rd day of October, 2020

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER DETAINING DEFENDANT - 2