THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND NG,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0172-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to substitute counsel (Dkt. No. 37). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Philip Brennan may withdraw and Todd Maybrown may act as new counsel for Defendant.

DATED this 20th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-0172-JCC
PAGE - 1