# APPENDIX A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

IN RE:                     *
COVID-19 PANDEMIC PROCEDURES    *        MISC. NO. 20-146
                          *
                       *****

**ORDER**

WHEREAS, there are approximately 250 persons who have been ordered detained by judges of this Court who are currently housed by the United States Marshal inside the Central Detention Facility and the Central Treatment Facility within the District of Columbia Department of Corrections (colloquially known as the "D.C. Jail"); and

WHEREAS, some of these detainees have been diagnosed with the Covid-19 virus and many others are being held in quarantine because of their likely exposure to persons who have tested positive for the virus; and

WHEREAS, all persons in official custody must be afforded reasonable access to the court that ordered their detention and to their counsel, it is

ORDERED by the United States District Court for the District of Maryland that the custodians of these Maryland detainees ensure that each such detainee has access to a telephone and/or other communication device by which they can communicate with their counsel and participate in proceedings as scheduled by this Court.  Specifically, Warden Quincy Booth SHALL:

1. Ensure that Maryland detainees are presented for video/audio court proceedings from a suitable facility within the D.C. Jail;

2. Ensure that those Maryland detainees who are quarantined or isolated as a result of the prevalence of the Covid-19 virus within the D.C. Jail are nonetheless able to participate

in their scheduled court proceedings, at least by audio link over which they can both

speak and hear; and

3. Ensure that Maryland detainees have reasonable access to their counsel and that

counsel have reasonable access to their detained clients, via telephone at least.

The access ordered herein is mandated by the Fifth and Sixth Amendments to the United

States Constitution.  Accordingly, compliance is ordered FORTHWITH.

Date: April 23, 2020                                    /s/ JAMES K. BREDAR
                                                       James K. Bredar, Chief Judge
                                                       United States District Court