THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0172-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RAYMOND NG and QIFANG CHEN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion to renote its motion for entry of a protective order restraining certain forfeitable property (Dkt. No. 66.) The Government seeks to renote its motion to provide Defendant an opportunity to respond to a supplemental declaration filed by the Government in this matter. (*Id.* at 1.) Finding good cause, the motion is GRANTED. The Clerk is DIRECTED to renote the Government's motion (Dkt. No. 64) to May 14, 2021.

DATED this 5th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
CR20-0172-JCC
PAGE - 1