THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND NG and QIFENG CHEN,<br><br>　　　　　Defendants. | CASE NO. CR20-0172-JCC<br><br>ORDER |

This matter comes before the Court on the Government's unopposed motion for entry of a protective order restraining certain forfeitable property (Dkt. No. 64). The Government seeks an order restraining the following property:

a. $529,312 in U.S. currency seized from Defendant Raymond Ng's residence, 6622 S. 124th Street, Seattle, Washington, on October 21, 2020;

b. Assorted jewelry and silver dollars seized from Defendant Raymond Ng's residence, 6622 S. 124th Street, Seattle, Washington, on October 21, 2020;

c. A 2014 Tesla S 60, VIN No. 5YJSA1S14EFP48907, registered to Defendant Raymond Ng and seized from his residence, 6622 S. 124th Street, Seattle, Washington, on October 21, 2020;

d. $5,143 in U.S. currency seized from Defendant Qifang Chen's residence, 7603 S. 115th Street, Seattle, Washington on October 21, 2020; and,

e. A 2018 Maserati Levante, VIN No. ZN661XUAXJX275952, registered to Defendant Qifang Chen and seized from her residence, 7603 S. 115th Street, Seattle, Washington, on October 21, 2020.

Having reviewed the papers and pleading pleadings filed in this matter, including the Government's motion and the supporting declaration of United States Postal Inspector Katelyn Mitchell, the Court hereby FINDS that entry of a protective order restraining the above-identified property (hereafter "the Property") is appropriate because:

- The Government gave notice of its intent to pursue forfeiture in the Indictment returned on October 14, 2020 (Dkt. No. 1), and specifically identified the Property in its supplemental Forfeiture Bill of Particulars (Dkt. No. 63);
- Based on the facts set forth in Postal Inspector Mitchell's declaration, there is probable cause to believe the Property may, upon the Defendants' conviction, be forfeited in this case; and,
- To ensure the Property remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

Accordingly, the Court GRANTS the Government's motion (Dkt. No. 64) and hereby ORDERS that the Property remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this criminal case, to include any ancillary forfeiture proceedings, and/or further order of the Court.

DATED this 14th day of May 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE