THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYMOND NG,<br><br>　　　　　　　Defendant. | CASE NO. CR20-0172-JCC<br><br>ORDER |

This matter comes before the Court on the Government's Motion to Seal. (Dkt. No. 103.) For the reasons described below, and finding oral argument unnecessary, the motion is GRANTED.

The Government moves to maintain under seal certain exhibits to its sentencing memorandum on the basis that they contain personal and sensitive identifying information regarding criminal conduct engaged in by uncharged individuals. (Dkt. No. 103 at 1–2.) The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less

restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017). Given the sensitive information contained in the Government's Exhibits B, C, E, and F to its sentencing memorandum, sealing the documents serve a compelling interest that is substantially likely to be harmed if not sealed, and no less restrictive alternatives would protect the interest. Accordingly, the Court finds good cause to seal the document.

The Government's motion to seal (Dkt. No. 103.) is GRANTED. Exhibits B, C, E, and F to its sentencing memorandum (Dkt. No. 104) shall REMAIN SEALED until further order of the Court.

DATED this 11th day of April 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE