UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND NG, and<br>QIFANG CHEN,<br><br>Defendants,<br><br>and,<br><br>EAST WEST BANK,<br><br>Third-Party Claimant. | No. CR20-172-JCC<br><br>**SCHEDULING ORDER GOVERNING THIRD-PARTY CLAIM TO PRELIMINARILY FORFEITED PROPERTY**<br><br>[~~PROPOSED~~] |

THIS MATTER comes before the Court on the Stipulated Motion for a Scheduling Order Governing Third-Party Claim ("Motion") filed in this case.

The Court, having reviewed the pleadings filed in this matter, including the Stipulated Motion, and Third-Party Claimant East West Bank's claim, Dkt. No. 118, hereby FINDS entry of a scheduling order governing this claim is appropriate. The Court may permit discovery and entertain motions related to the third-party claims pursuant to Federal Rule of Criminal Procedure 32.2(c)(1), and, to the extent an evidentiary hearing

Scheduling Order Governing 3rd Party Claim - 1
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4)–(6).

NOW, THEREFORE, THE COURT ORDERS:

1. The United States and Third-Party Claimant East West Bank may engage in discovery related to the claim. The discovery period closes on **September 19, 2022**;

2. Thereafter, the United States and Third-Party Claimant East West Bank shall file any dispositive motions no later than **October 21, 2022**; and,

3. If necessary, an evidentiary hearing will be held on any disputed third-party claim at a date and **time to be determined**.

IT IS SO ORDERED.

DATED this 5th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Scheduling Order Governing 3rd Party Claim - 2
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Karyn S. Johnson*
_____

KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2462
Karyn.S.Johnson@usdoj.gov

*/s/ Nathan F. Smith **
WILLIAM G. MALCOLM
NATHAN F. SMITH
Malcolm Cisneros
2112 Business Center Drive
Irvine, CA 92612
bill@mclaw.org
nathan@mclaw.org
Counsel for Claimant East West Bank
*permission to e-sign & file obtained via email on June 22, 2022*

Scheduling Order Governing 3rd Party Claim - 3
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970