UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND NG,<br><br>Defendant,<br><br>and,<br><br>AUSTIN NG, and<br>HO LEE NG,<br><br>Third-Party Claimants. | No. CR20-172-JCC<br><br>**SCHEDULING ORDER GOVERNING THIRD-PARTY CLAIMS TO PRELIMINARILY FORFEITED CURRENCY**<br><br>[~~PROPOSED~~] |

THIS MATTER comes before the Court on the Stipulated Motion for a Scheduling Order Governing Third-Party Claims to Preliminarily Forfeited Currency ("Motion").

The Court, having reviewed the pleadings filed in this matter, including the Motion and Third-Party Claimant Austin Ng and Ho Lee Ng's claims to preliminarily forfeited currency, Dkt. Nos. 119, 120, hereby FINDS entry of a scheduling order governing these claims is appropriate. The Court may permit discovery and entertain motions related to the third-party claims pursuant to Federal Rule of Criminal Procedure

Scheduling Order Governing 3rd Party Claims to
Preliminarily Forfeited Currency - 1
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

32.2(c)(1) and, to the extent an evidentiary hearing on the third-party claims is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4)–(6).

NOW, THEREFORE, THE COURT ORDERS:

1. The United States and Third-Party Claimants Austin Ng and Ho Lee Ng may engage in discovery related to their claims to preliminarily forfeited currency. The discovery period closes on **October 21, 2022**;
2. Thereafter, the United States and Third-Party Claimants Austin Ng and Ho Lee Ng shall file any dispositive motions no later than **November 18, 2022**; and,
3. If necessary, an evidentiary hearing will be held on any disputed third-party claims at a date and **time to be determined**.

IT IS SO ORDERED.

DATED this 6th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Scheduling Order Governing 3rd Party Claims to
Preliminarily Forfeited Currency - 2
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2462
Karyn.S.Johnson@usdoj.gov

*/s/ Barry Flegenheimer*
BARRY FLEGENHEIMER
119 First Ave. S., Suite 500
Seattle, WA 98014
(206) 621-8777
Barrylfp@gmail.com
Counsel for Claimants Austin Ng and Ho Lee Ng

Scheduling Order Governing 3rd Party Claims to Preliminarily Forfeited Currency - 3
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970