UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-0172-JCC |
| Plaintiff, | [~~PROPOSED~~] |
| v. | **FINAL ORDER OF FORFEITURE OF $460,000 IN FUNDS AND $15,000 IN LIEU OF 2014 TESLA** |
| RAYMOND NG, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture as to two of the five assets that have been forfeited by Defendant Raymond Ng (the "Motion"), specifically:

a.      $460,000 in funds from the wire transfer made into Raymond Ng's First Financial Northwest Bank account number xxx119 in April 2018, which represents the proceeds of Employee 5 and Employee 6's conspiracy to manufacture and distribute marihuana;

b.      A payment in the amount of $15,000, in lieu of the 2014 Tesla S 60, VIN no. 5YJSA1S14EFP48907 that was seized at Defendant Raymond Ng's residence on October 21, 2020.

Final Order of Forfeiture of
$460,000 in Funds and $15,000 in Lieu of Tesla - 1
*United States v. Raymond Ng,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

This Order does not address the remaining $529,312 in U.S. currency or the two real properties forfeited by Defendant Ng and identified in the Preliminary Order of Forfeiture, Dkt. No. 96, because ancillary forfeiture proceedings to resolve third-party claims to those properties are ongoing. *See* Dkt. Nos. 118-120.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture of the two assets identified above is appropriate because:

- On March 25, 2022, the Court entered a Preliminary Order of Forfeiture as to Defendant Raymond Ng, finding the above-identified $460,000 in funds and the $15,000 payment, among three other assets, identified in Defendant Ng's Plea Agreement, forfeitable pursuant to 21 U.S.C. § 853, and forfeiting Defendant Ng's interest in them (Dkt. No. 96);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 117) and provided direct notice to potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (*see* Declaration of AUSA Karyn S. Johnson in Support of Motion for Final Order of Forfeiture, ¶¶ 3 – 4, <u>Exhibits A - L</u>); and

- The time for filing third-party claims has expired, and no claims were filed to the $460,000 in funds or to $15,000 payment in lieu of the 2014 Tesla S 60.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified two assets (*i.e.*, the $460,000 in funds, and the $15,000 payment in lieu of the 2014 Tesla S. 60) exists in any party other than the United States;

Final Order of Forfeiture of
$460,000 in Funds and $15,000 in Lieu of Tesla - 2
*United States v. Raymond Ng,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2.     The $460,000 in funds and the $15,000 payment in lieu of the 2014 Tesla are fully and finally condemned and forfeited, in their entirety, to the United States; and,

3.     The United States Department of Justice, the United States Postal Inspection Service, and/or their representatives, are authorized to dispose of the $460,000 in funds and the $15,000 payment as permitted by governing law.

4.     The Court will retain jurisdiction for the purpose of enforcing or amending this Final Order of Forfeiture as necessary under Federal Rule of Criminal Procedure 32.2(e).

5.     The Court will retain jurisdiction for the purpose of enforcing the Preliminary Order, adjudicating any third-party petitions, entering a Final Order of Forfeiture, and amending the Preliminary Order or Final Order concerning the remaining $529,312 in currency and two real properties currently in ancillary forfeiture proceedings, as necessary under Federal Rule of Criminal Procedure 32.2(c) and (e).

IT IS SO ORDERED.

DATED this 24th day of October 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture of
$460,000 in Funds and $15,000 in Lieu of Tesla - 3
*United States v. Raymond Ng,* CR20-172-JCC

Presented by:


 *s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Final Order of Forfeiture of
$460,000 in Funds and $15,000 in Lieu of Tesla - 4
*United States v. Raymond Ng,* CR20-172-JCC