The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYMOND NG,<br><br>    Defendant,<br><br>and,<br><br>AUSTIN NG, and<br>HO LEE NG,<br><br>    Third-Party Claimants. | No. CR20-172-JCC<br><br>[~~PROPOSED~~]<br><br>**SCHEDULING ORDER EXTENDING DEADLINES GOVERNING THIRD-PARTY CLAIMS TO PRELIMINARILY FORFEITED CURRENCY** |

THIS MATTER comes before the Court on the stipulated motion of the United States and Third-Party Claimants Austin Ng and Ho Lee Ng (the "Parties") (Dkt. No. 134) to extend the discovery and dispositive motion deadlines governing the Claimants' claims (Dkt. Nos. 119, 120) to a portion of the $529,310 in U.S. currency preliminarily forfeited by Defendant Raymond Ng in this case. *See* Dkt. No. 96, ¶ 2.

The Court, having reviewed the stipulated motion and the other papers and pleadings filed in this matter, hereby FINDS that extension of these deadlines is appropriate.

Order Extending Deadlines Governing
3rd-Party Claims to Preliminarily Forfeited Currency - 1
*U.S. v. Raymond Ng, et al.*, CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. The Parties may continue to engage in discovery related to the Claimants' claims to the preliminarily forfeited currency. The discovery period now closes on **January 20, 2023**;

2. Thereafter, the Parties shall file any dispositive motions no later than **February 3, 2023**; and,

3. If necessary, an evidentiary hearing will be held on any disputed third-party claims at a date and time **to be determined**.

IT IS SO ORDERED

DATED this 1st day of December 2022.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Order Extending Deadlines Governing
3rd-Party Claims to Preliminarily Forfeited Currency - 2
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2462
Karyn.S.Johnson@usdoj.gov

*s/ Barry Flegenheimer* *
BARRY FLEGENHEIMER
119 First Ave. S., Suite 500
Seattle, WA 98014
(206) 621-8777
Barrylfp@gmail.com
Counsel for Third-Party Claimants
Austin Ng and Ho Lee Ng
*permission to e-sign & file obtained telephonically on November 30, 2022*

Order Extending Deadlines Governing
3rd-Party Claims to Preliminarily Forfeited Currency - 3
*U.S. v. Raymond Ng, et al.,* CR20-172-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970